Submitted on record and briefs May 1, 1991, affirmed February 12, 1992

## LONNIE L. BISHOP,
*Appellant,*

*v.*

## Carl ZENON,
*Respondent.*

(90C11290; CA A67372)

825 P2d 653

Elaine B. Oliver and Swaim & Associates, P.C., Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J., deceased.